John E. Lord (Bar No. 216111)
jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA  90210
Telephone:   (310) 866-5157
Facsimile:    (949) 258-5081

Perry S. Clegg (admitted pro hac vice)
pclegg@kba.law
**KUNZLER BEAN & ADAMSON**
50 W. Broadway, Suite 1000
Salt Lake City, UT  84101
Telephone:   (801) 994-4646

*Attorneys for Plaintiff*
*Modern Font Applications LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC<br><br>             Plaintiff,<br><br>        v.<br><br>THE HABIT RESTAURANTS, LLC<br><br>             Defendant. | Case No. 8:19-cv-01660 MWF (KESx)<br>Hon. Michael W. Fitzgerald<br><br>**JOINT MOTION TO STAY ALL DEADLINES PENDING SETTLEMENT DISCUSSIONS**<br><br>Date:          August 24, 2020<br>Time:         10:00 a.m.<br>Dept.:         5A |

**JOINT MOTION TO STAY ALL DEADLINES**

1    The parties are engaged in settlement discussions and believe that they are

2    close to an agreement that will resolve their disputes in the above-captioned

3    litigation.  The parties further believe that a brief cessation of litigation and the

4    accompanying cost and burden will enhance their ability to focus on resolution of

5    the matter.  Accordingly, Plaintiff Modern Font Applications LLC and Defendant

6    The Habit Restaurants, LLC hereby jointly move the Court to stay all deadlines in

7    the above-captioned litigation for sixty (60) days pending such settlement

8    discussions.

9        The parties agree that all upcoming hearings shall be taken off calendar.

11    Dated:  July 22, 2020            **ONE LLP**

13                By: /s/ John Lord

14                     John Lord

15                     *Attorneys for Plaintiff*

16                     *Modern Font Applications LLC*

18                **FISH & RICHARDSON P.C.**

20                By: /s/ Michael A. Vincent

21                     Michael A. Vincent

22                     *Attorneys for Defendant*

23                     *The Habit Restaurants, LLC*

2

**JOINT MOTION TO STAY ALL DEADLINES**

1

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

2

Pursuant to Local Rule 5-4.3.4(2)(i), I, John Lord, attest that all other

3

signatories listed and on whose behalf the filing is submitted concur in this filing's

4

content and have authorized this filing.

5

6

                          /s/ John Lord

7

                          John Lord

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**JOINT MOTION TO STAY ALL DEADLINES**